Katharine S. Glover
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801
T: 907.586.2751
E: kglover@earthjustice.org

Carole A. Holley
EARTHJUSTICE
310 K Street Suite 301
Anchorage, AK 99501
T: 907.277.2500
E: cholley@earthjustice.org

*Attorneys for [Proposed] Intervenor-Defendants Organized Village of Kasaan, Organized Village of Kake, The Boat Company, Alaska Longline Fishermen's Association, Natural Resources Defense Council, Southeast Alaska Conservation Council, and The Wilderness Society*

Marlee Goska
CENTER FOR BIOLOGICAL
DIVERSITY
P.O. Box 1178
Homer, AK 99603
T: 907.931.4775
E: mgoska@biologicaldiversity.org

Garett R. Rose
NATURAL RESOURCES
DEFENSE COUNCIL
1152 15th Street NW
Washington DC 20005
T: 202.289.6868
E: grose@nrdc.org

*Attorney for [Proposed] Intervenor-Defendant Center for Biological Diversity*

*Attorney for [Proposed] Intervenor-Defendant Natural Resources Defense Council*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALASKA FOREST ASSOCIATION *et al.*, | ) |
| *Plaintiffs*, | ) Case No. 3:25-cv-00046-SLG |
| v. | ) |
| UNITED STATES DEPARTMENT OF AGRICULTURE *et al.*, | ) |
| *Defendants*. | ) |

**NOTICE OF APPEARANCE OF MARLEE GOSKA**

Plaintiffs hereby give notice of the appearance of Marlee Goska as counsel for [Proposed] Intervenor-Defendant Center for Biological Diversity in the above-captioned case. Ms. Goska is registered to use the Court's electronic case filing system and may be served electronically.

Respectfully submitted this 29th day of May, 2025,

*s/Marlee Goska*
Marlee Goska (Alaska Bar No. 2305043)
CENTER FOR BIOLOGICAL DIVERSITY

## CERTIFICATE OF SERVICE

I certify that on May 29, 2025, a copy of the foregoing NOTICE OF APPEARANCE OF MARLEE GOSKA was served electronically through the CM/ECF system on counsel of record.

*s/Marlee Goska*
Marlee Goska (Alaska Bar No. 2305043)
CENTER FOR BIOLOGICAL DIVERSITY