ADAM R.F. GUSTAFSON
United States Department of Justice
Acting Assistant Attorney General
Environment & Natural Resources Division

SHAUN M. PETTIGREW (CA Bar No. 254564)
Senior Trial Attorney
Natural Resources Section
c/o NOAA, Damage Assessment
7600 Sand Point Way, NE
Seattle, WA 98115
(202) 532-5973
shaun.pettigrew@usdoj.gov

*Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALASKA FOREST ASSOCIATION; VIKING LUMBER COMPANY; AND ALCAN TIMBER INCORPORATED,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF AGRICULTURE; BROOKE ROLLINS, in her official capacity as Secretary of the Department of Agriculture; U.S. FOREST SERVICE, and TOM SCHULTZ, in his official capacity as Chief of the U.S. Forest Service,<br><br>Federal Defendants. | Case No. 3:25-cv-00046-SLG |

**FEDERAL DEFENDANTS' NOTICE OF NO POSITION
ON MOTION TO INTERVENE**

On May 28, 2025, eight organizations moved to intervene in this matter, noting that "Federal Defendants are unable to take a position on the motion until seeing the filed motion." ECF No. 19 at 1. Federal Defendants now notify the Court that they take no position on the motion.

Respectfully submitted on this 9th day of June, 2025.

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
Environment & Natural Resources Division

*/s/Shaun M. Pettigrew*
SHAUN M. PETTIGREW (CA Bar No. 254564)
Senior Trial Attorney
Natural Resources Section
c/o NOAA Damage Assessment
7600 Sand Point Way, NE
Seattle, WA 98115
(202) 532-5973
shaun.pettigrew@usdoj.gov

*Counsel for Defendants*