# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | |
|---|---|
| ALASKA FOREST ASSOCIATION et al.<br>*Plaintiff*<br>v.<br>U.S. DEPARTMENT OF AGRICULTURE et al.<br>*Defendant* | )<br>)<br>) Civil Action No. 3:25-cv-00046-SLG<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

☐ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY COURT.** This action came to trial or decision before the Court. The issues have been tried or determined and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

THAT Defendants' Motion to Dismiss at Docket 15 is **GRANTED.** Plaintiffs' Complaint is **DISMISSED with** prejudice as to Counts, I, II, and III.

APPROVED:

**s/Sharon L. Gleason**
Sharon L. Gleason
United States District Judge

**Candice M. Duncan**
Candice M. Duncan
Clerk of Court

Date: March 12, 2026

*Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.2, and 58.1.*